```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                         Case No. 17-03499-JJT
Anne M. Martzen                                                Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5         User: TWilson          Page 1 of 1         Date Rcvd: Nov 22, 2017
                             Form ID: ntcnfhrg      Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 24, 2017.
```
db           +Anne M. Martzen,    274 Little Keen Road,    Waymart, PA 18472-3074
4960887      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  Capital One,    15000 Captial One Dr.,   Henrico, VA 23238)
4960888      +Fed Loan Serv,    PO Box 60610,    Harrisburg, PA 17106-0610
4960889      +Phelan Hallinan Diamond & Jones LLP,    1617 JFK Boulevard, Suite 1400,
               Philadelphia, PA 19103-1814
4960890      +Tek Collect,    PO Box 1269,    Columbus, OH 43216-1269
4960893      +USDA,    200 Lake Road Ste. D,    Towanda, PA 18848-9693
4971536       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,   1000 Blue Gentian Road,
               Eagan MN 55121-7700
4960894      +Wells Fargo Bank, NA,    3476 Stateview Boulevard,    Fort Mill, SC 29715-7200
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4960886      +E-mail/Text: banko@berkscredit.com Nov 22 2017 19:03:44    Berks Credit Collections,
               900 Corporate Drive,    Reading, PA 19605-3340
4982011       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 22 2017 19:12:16
               Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4975707       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 22 2017 19:03:53
               Pennsylvania Department of Revenue,    Bankruptcy Division  PO Box 280946,
               Harrisburg PA  17128-0946
                                                                                              TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4960892*     +Tek Collect,    PO Box 1269,    Columbus, OH 43216-1269
4960891*     +Tek Collect,    PO Box 1269,    Columbus, OH 43216-1269
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 22, 2017 at the address(es) listed below:
```
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Jerome B Blank    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              John J. Martin    on behalf of Debtor 1 Anne M. Martzen jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net;r598
               91@notify.bestcase.com
              Joseph Angelo Dessoye    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              Joseph J. Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Sarah K. McCaffery    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan
               Management Services smccaffery@squirelaw.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 7
```

ntcnfhrg (04/17)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Anne M. Martzen
aka Anne M. Trapper, aka Annie M. Trapper
Debtor(s)

Chapter 13

Case No. 5:17−bk−03499−JJT

## Notice

The confirmation hearing has been scheduled for the Debtor on the date indicated below.

A deadline of **December 21, 2017** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the Plan at this time.

| | |
|---|---|
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: January 9, 2018<br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 22, 2017 |