```
                      United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                          Case No. 17-03499-JJT
Anne M. Martzen                                                 Chapter 13
      Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: DDunbar            Page 1 of 1           Date Rcvd: Jan 04, 2018
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 06, 2018.
4971536       Wells Fargo Bank, N.A.,   Default Document Processing,   N9286-01Y,   1000 Blue Gentian Road,
              Eagan MN 55121-7700

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 06, 2018                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt    on behalf of Creditor   U.S. Department of Agriculture Farm Service Agency
               bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor   WELLS FARGO BANK, N.A. pamb@fedphe.com
              John J. Martin    on behalf of Debtor 1 Anne M. Martzen jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jashley@martin-law.net;mmacleary@martin-law.net;r598
               91@notify.bestcase.com
              Joseph Angelo Dessoye    on behalf of Creditor   WELLS FARGO BANK, N.A. pamb@fedphe.com
              Joseph J. Swartz    on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Sarah K. McCaffery    on behalf of Creditor   U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan
               Management Services smccaffery@squirelaw.com
              Thomas I Puleo    on behalf of Creditor   U.S. Department of Agriculture Farm Service Agency
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 9

2100 B (12/15)

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 5:17-bk-03499-JJT
Chapter 13

In re: Debtor(s) (including Name and Address)

Anne M. Martzen
274 Little Keen Road
Waymart PA 18472

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 01/03/2018.

Name and Address of Alleged Transferor(s):

Claim No. 1: Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan MN 55121-7700

Name and Address of Transferee:

U.S. Bank National Association, not in its individ
c/o Rushmore Loan Management Services
P.O. Box 52708
Irvine, CA 92619
U.S. Bank National Association, not in i
c/o Rushmore Loan Management Services

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 01/06/18

Terrence S. Miller
**CLERK OF THE COURT**