IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : Case No. | 5-17-bk-03499-JJT |
| | : Chapter: | 13 |
| ANNE M. MARTZEN, | : | |
| aka ANNE M. TRAPPER | : | |
| aka ANNIE M. TRAPPER | : | |
| Debtor | : Judge John J. Thomas | |

## ENTRY OF APPEARANCE
## AS COUNSEL FOR RICHARD J. MARTZEN

TO: Clerk of the Bankruptcy Court

Please enter the appearance of **Lisa M. Doran, Esquire,** on behalf of **Richard J. Martzen, a party in interest,** and pursuant to Bankruptcy Rule 2002(g), direct that all notices given or required to be given and all papers served or required to be served in the above captioned bankruptcy action be given to and served upon the following at the office, address and telephone number set forth below and that my address below be added to the official address matrix maintained in this proceeding by the Clerk of the Court:

Lisa M. Doran, Esquire
Doran & Doran, P.C.
69 Public Square, Ste 700
Wilkes-Barre, PA 18701
Tel: 570-823-9111
Fax: 570-829-3222
ldoran@dorananddoran.com

DORAN & DORAN, P.C.

_/s/ Lisa M. Doran_
Lisa M. Doran, Esquire
PA ID#58879
Attorney for Green Home
69 Public Square - Suite 700
Wilkes Barre, PA 18701
ldoran@dorananddoran.com

Dated: 2-28-2018