## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*In Re:*

| | | |
|---|---|---|
| ANNE M. MARTZEN aka | : | Chapter 13 |
| ANNE M. TRAPPER, | : | |
| Debtor(s) | : | |
| | : | |
| RICHARD J. MARTZEN, | : | Case No.: 5-17-03499-JJT |
| Movant(s) | : | |
| Vs. | : | |
| | : | |
| ANNE M. MARTZEN aka | : | |
| ANNIE M. TRAPPER and | : | |
| CHARLES J. DEHART, III, | : | |
| CHAPTER 13 TRUSTEE | : | |
| Respondent(s) | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## RESPONSE TO MOTION OF RICHARD J. MARTZEN
## FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW COMES,** Anne M. Martzen aka Annie M. Trapper, Debtor, by and through her

attorney, John J. Martin, and files this Response as follows:

1.     Admitted.

2.     Denied.  By way of further response, Debtor has an interest in real property as per a

"Farm Lease Agreement" attached to Movants Motion.  Debtor intends to amend her schedules to

include such interest.

3.     Admitted.

4.     Debtor admits that she operates a farm on a portion of 299 Little Keen Road which

includes a barn and agricultural land on which she tends to cattle and horses.

5.

6.     Denied and strict proof thereof is demanded at trial.

7.     Denied and strict proof thereof is demanded at trial.

8.      Denied. By way of further response, the "Farm Lease Agreement" (hereinafter "Agreement") specifically states that "Tenant has rights to all property, buildings and equipment at no cost of rent."

9.      Denied. By way of further response, the Agreement was signed by both the Debtor and the original owners of the subject property for a term of 88 years, to expire in June of 2099. Further, by acquisition of the subject property by the Movant, Movant took possession of the property subject to the Agreement.

10.     No response required.

11.     Denied. By way of the signed Agreement, Debtor has an interest in those premises.

12.     Denied. By way of the signed Agreement, Debtor has an interest in those premises, and as will be noted in her Amended schedules, said lease has significant value for purposes of reorganization.

13.     No response required.

**WHEREFORE,** Anne M. Martzen aka Anne M. Trapper, Debtor, respectfully requests this Honorable Court deny Movant's Motion for Relief and for such other and further relief as the Court deems just and proper.


Dated: 5/15/2018               Respectfully Submitted,


                      _____/s/_____
                      John J. Martin, Esquire
                      1022 Court Street
                      Honesdale, PA 18431
                      (570) 253-6899
                      Attorney for Debtor
                      jmartin@martin-law.net