# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*In Re:*

| | | |
|---|---|---|
| ANNE M. MARTZEN, a/k/a ANN M. TRAPPER, a/k/a ANNIE M. TRAPPER, | : | Chapter 13 |
| Debtor(s) | : | |
| | : | |
| U.S. NATIONAL BANK ASSOCIATION, not in its individual capacity, but solely as trustee for the RMAC Trust, Series 2016-CTT, | : : : : | |
| | : | Case No.: 5-17-03499-JJT |
| Movant(s) | : | |
| Vs. | : | |
| | : | |
| ANNE M. MARTZEN, a/k/a ANN M. TRAPPER, a/k/a ANNIE M. TRAPPER | : | |
| Respondent(s) | : | |

## RESPONSE TO MOTION OF U.S. NATIONAL BANK ASSOCIATION FOR RELIEF FROM THE AUTOMATIC STAY

**AND NOW COMES,** Anne M. Martzen, Debtor, by and through her attorney, John J. Martin, and files this Response as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied and strict proof thereof is demanded at trial.

5. Admitted.

6. Denied and strict proof thereof is demanded at trial.

7. Denied and strict proof thereof is demanded at trial.

8. Denied and strict proof thereof is demanded at trial.

**WHEREFORE,** Anne M. Martzen, Debtor, respectfully requests this Honorable Court deny

Movant's Motion for Relief and for such other and further relief as the Court deems just and proper.

Dated: 7/12/2018                          Respectfully Submitted,

_____/s/_____
John J. Martin, Esquire
1022 Court Street
Honesdale, PA 18431
(570) 253-6899
Attorney for Debtor
jmartin@martin-law.net