```
                        United States Bankruptcy Court
                        Middle District of Pennsylvania
```

In re:                                                           Case No. 17-03499-JJT
Anne M. Martzen                                                  Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: TWilson            Page 1 of 1           Date Rcvd: Dec 06, 2018
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 08, 2018.
db              +Anne M. Martzen,    274 Little Keen Road,    Waymart, PA 18472-3074

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2018                           Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 6, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor    U.S. Department of Agriculture Farm Service Agency
               bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              John J. Martin    on behalf of Debtor 1 Anne M. Martzen jmartin@martin-law.net,
               kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
               1@notify.bestcase.com
              Joseph Angelo Dessoye    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
              Joseph J. Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              Lisa M. Doran    on behalf of Creditor Richard J. Martzen ldoran@dorananddoran.com
              Sarah K. McCaffery    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan
               Management Services smccaffery@squirelaw.com
              Thomas I Puleo    on behalf of Creditor    U.S. Department of Agriculture Farm Service Agency
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 10

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Anne M. Martzen** aka Anne M. Trapper aka Annie M. Trapper | Chapter: | 13 |
| Debtor 1 | Case No.: | 5:17-bk-03499-JJT |
| **RICHARD J. MARTZEN** | Document No.: | 41 |
| vs. Movant(s) | Nature of Proceeding: | Motion for Relief from Automatic Stay |
| ANNE M. MARTZEN, a/k/a ANN M. TRAPPER, a/k/a ANNIE M. TRAPPER Respondent(s) | | |

## ORDER

It appearing that no stipulation or request to relist having been filed pursuant to Orders dated July 19, 2018 and October 30, 2018, it is hereby

ORDERED that this matter is DISMISSED without prejudice.

Dated: December 6, 2018

By the Court,

_____
John J. Thomas, Bankruptcy Judge (RPR)