```
In re:                                                          Case No. 17-03499-JJT
Anne M. Martzen                                                 Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0314-5          User: DDunbar              Page 1 of 2              Date Rcvd: Dec 13, 2018
                              Form ID: ordsmiss          Total Noticed: 15
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2018.
```
db             +Anne M. Martzen,    274 Little Keen Road,    Waymart, PA 18472-3074
4960888        +Fed Loan Serv,    PO Box 60610,   Harrisburg, PA 17106-0610
4960889        +Phelan Hallinan Diamond & Jones LLP,    1617 JFK Boulevard, Suite 1400,
                Philadelphia, PA 19103-1814
5027746         Richard J. Martzen,    c/o Lisa M. Doran, Esquire,    69 Public Square, Suite 700,
                Wilkes-Barre, PA 18701
4960890        +Tek Collect,    PO Box 1269,   Columbus, OH 43216-1269
5007957        +U.S. Bank National Association, not in its individ,   c/o Rushmore Loan Management Services,
                P.O. Box 52708,    Irvine, CA 92619-2708
5007958        +U.S. Bank National Association, not in its individ,   c/o Rushmore Loan Management Services,
                P.O. Box 52708,    Irvine, CA 92619,    U.S. Bank National Association, not in i,
                c/o Rushmore Loan Management Services 92619-2708
4960893        +USDA,   200 Lake Road Ste. D,    Towanda, PA 18848-9693
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4960886        +E-mail/Text: EBN_Greensburg@Receivemorermp.com Dec 13 2018 19:20:05
                Berks Credit Collections,   900 Corporate Drive,    Reading, PA 19605-3340
4960887         EDI: CAPITALONE.COM Dec 14 2018 00:33:00      Capital One,    15000 Captial One Dr.,
                Henrico, VA 23238
4982011         EDI: PRA.COM Dec 14 2018 00:25:00     Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
4975707         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 13 2018 19:19:36
                Pennsylvania Department of Revenue,   Bankruptcy Division  PO Box 280946,
                Harrisburg PA  17128-0946
5020960         EDI: ECMC.COM Dec 14 2018 00:23:00     US Department of Education,    P O Box 16448,
                St Paul, MN 55116-0448
4971536         EDI: WFFC.COM Dec 14 2018 00:32:00     Wells Fargo Bank, N.A.,    Default Document Processing,
                N9286-01Y,   1000 Blue Gentian Road,    Eagan MN 55121-7700
4960894        +EDI: WFFC.COM Dec 14 2018 00:32:00     Wells Fargo Bank, NA,    3476 Stateview Boulevard,
                Fort Mill, SC 29715-7200
                                                                                              TOTAL: 7
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             Richard J. Martzen,    c/o Lisa M. Doran, Esquire,    69 Public Square, Suite 700,
                Wilkes-Barre, PA  18701
4960891*       +Tek Collect,    PO Box 1269,   Columbus, OH 43216-1269
4960892*       +Tek Collect,    PO Box 1269,   Columbus, OH 43216-1269
5053917*       +USDA,   200 Lake Road Ste D,    Towanda, PA 18848-9693
                                                                                    TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2018                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2018 at the address(es) listed below:
```
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          James    Warmbrodt    on behalf of Creditor   U.S. Department of Agriculture Farm Service Agency
           bkgroup@kmllawgroup.com
          Jerome B Blank    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
          John J. Martin    on behalf of Debtor 1 Anne M. Martzen jmartin@martin-law.net,
           kmartin@martin-law.net;nmundy@martin-law.net;jjmartin@martin-law.net;jashley@martin-law.net;r5989
           1@notify.bestcase.com
          Joseph Angelo Dessoye    on behalf of Creditor    WELLS FARGO BANK, N.A. pamb@fedphe.com
          Joseph J. Swartz    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
```

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Lisa M. Doran    on behalf of Creditor Richard J. Martzen ldoran@dorananddoran.com
              Sarah K. McCaffery    on behalf of Creditor    U.S. Bank National Association, not in its
               individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT c/o Rushmore Loan
               Management Services smccaffery@squirelaw.com
              Thomas I Puleo    on behalf of Creditor    U.S. Department of Agriculture Farm Service Agency
               tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 10
```

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Anne M. Martzen, <br> aka Anne M. Trapper, aka Annie M. Trapper, | Chapter 13 |
| **Debtor 1** | Case No. 5:17–bk–03499–JJT |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation pursuant to LR 2016–2(h).**

Dated: December 13, 2018

By the Court,

*/s/ John J. Thomas*

Honorable John J. Thomas
United States Bankruptcy Judge
By: DDunbar, Deputy Clerk

ordsmiss (05/18)